IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **CR. NO. 07-00078-CG** |
| ) | |
| **ANTIONETTE JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the court on the United States' Motion to Dismiss Indictment filed on June 13, 2007 (Doc. 40).

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), such motion hereby is **GRANTED**. It, therefore, is **ORDERED** that the Indictment filed on March 29, 2007 against defendant Antionette Johnson is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 13th day of June, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE